

# NUMBER 13-25-00054-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF E.D.V., A CHILD

### ON APPEAL FROM THE 92ND DISTRICT COURT
### OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

On January 15, 2025, appellant Davy Vasquez Perez filed a notice of appeal from a "Child Support Review Order" signed on November 18, 2024. Appellant's notice of appeal was received by this Court on February 6, 2025. On February 10, 2025, the Clerk of the Court notified appellant that it appeared that his appeal was not timely perfected. *See* TEX. R. APP. P. 26.1, 37.1, 42.3(a). The Clerk advised appellant that the appeal would

be dismissed if the defect was not corrected within ten days from the date of receipt of the notice. Appellant did not respond to the Clerk's directive or otherwise correct the defect in his notice of appeal.

In the absence of an appropriate post-judgment motion, a notice of appeal must be filed within thirty days after the date the order or judgment is signed. *See id.* R. 26.1. "A timely notice of appeal is an essential prerequisite for the appellate court's jurisdiction." *Mitschke v. Borromeo*, 645 S.W.3d 251, 253 (Tex. 2022). If the appeal is not timely perfected, we must dismiss the appeal for lack of jurisdiction. *See In re J.J.R.*, 599 S.W.3d 605, 610 (Tex. App.—El Paso 2020, no pet.); *In re L.G.*, 517 S.W.3d 275, 277 (Tex. App.—San Antonio 2017, pet. denied) (per curiam); *Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

Here, the trial court signed the child support review order on November 18, 2024, and the clerk's record fails to indicate that appellant filed any post-judgment motions which might have extended the deadline to file the notice of appeal. Accordingly, appellant's notice of appeal was due to be filed within thirty days, or by December 18, 2024. *See* TEX. R. APP. P. 26.1. Appellant's notice of appeal was not filed within this deadline but was instead filed on January 15, 2025.

The Court, having examined and fully considered the documents on file and the applicable law, is of the opinion that appellant's notice of appeal was not timely filed. *See id.* Under these circumstances, we lack jurisdiction and must dismiss the appeal. *See Mitschke*, 645 S.W.3d at 253; *In re J.J.R.*, 599 S.W.3d at 610; *In re L.G.*, 517 S.W.3d at 277; *Baker*, 469 S.W.3d at 272. Accordingly, we dismiss the appeal for want of

jurisdiction. *See* TEX. R. APP. P. 42.3(a).

CLARISSA SILVA
Justice

Delivered and filed on the
10th day of April, 2025.